## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WILMER JAVIER MAYORA,

      Petitioner,

v.

MARKWAYNE MULLIN, *et al*,

      Respondents,

No. 26-cv-1324-KWR-GBW

## <u>ORDER DIRECTING AMENDMENT</u>

This matter is before the Court on Petitioner's 28 U.S.C. § 2241 Habeas Petition (Doc. 1) (Petition). Petitioner is an immigration detainee at the Otero County Processing Center. The Petition states he was arrested by immigration authorities without a warrant but does not provide further details on whether/how his detention is unlawful. Petitioner shall file an amended petition within twenty-one (21) days of entry of this Order. The § 2241 amendment should include details about what process (bond hearings, removal hearings, etc.) Petitioner has received so far; whether/when the immigration court entered a removal order or denied bond; the reason for any denial of bond; and the status of any immigration appeals. Petitioner may find it helpful to include any orders from the immigration court, but documentary evidence is not required at this stage. By the same date, Petitioner must pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*. The failure to timely comply with this Order may result in dismissal of this case without prejudice. <u>All documents filed in this case must include the case number, No. 26-cv-1324-KWR-GBW</u>.

Petitioner is also reminded that this Court cannot allow him to remain in the United States

or make any determination as to his immigration status.   Pursuant to 8 U.S.C. § 1252, known as the "zipper clause," Federal District Courts lack jurisdiction over claims challenging removal orders.   *See Jennings v. Rodriguez,* 583 U.S. 281, 316-17 (2018).   This includes "all questions of law and fact" that arise from a removal order, and "[n]either habeas corpus" nor "any other provision of law" can be used to avoid § 1252(b)(9)'s jurisdictional bar.   *Id.* at 317.

**IT IS ORDERED** that within twenty-one (21) days of entry of Order, Petitioner shall: (1) file an amended § 2241 petition, as set forth above; and (2) pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis.*

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

2